IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>**MIKAYLUH SHIANNE WALKER** | Criminal No: 6:24-555<br><br><br><br>**ELEMENTS AND PENALTIES** |

**COUNT ONE: CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE 500 GRAMS OF MORE OF METHAMPHETAMINE AND A QUANTITY OF FENTANYL, IN VIOLATION OF 21 U.S.C. §§ 846, 841(a), and 841(b)(1)(A) and (C)**

**COUNT FIVE AND COUNT SIX: POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE, IN VIOLATION OF 21 U.S.C. §§ 841(a), and 841(b)(1)(B)**

<u>Count One</u>

A. There was an agreement between two or more persons to possess with intent to distribute and to distribute controlled substances, that is methamphetamine and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly referred to as "fentanyl"), both Schedule II controlled substances, as charged in Count 1;

B. The defendant knowingly and voluntarily participated in or became part of this agreement; and

C. The defendant distributed a quantity of the controlled substances equal to or in excess of the amount charged in Count 1, agreed to assist in the distribution of a quantity of the controlled substances equal to or in excess of the amount charged in Count 1, or the distribution of the threshold quantity of the controlled substances equal to or in excess of the amount charged in Count 1 was reasonably foreseeable to the defendant and the same was within the scope of the defendant's agreement and understanding, that is 500 grams or more of a mixture or substance

containing a detectable amount of methamphetamine and a quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly referred to as "fentanyl").

Penalty

Imprisonment: at least 10 years and up to Life
Supervised Release: at least 5 years and up to Life
Fine: up to $10,000,000.00
Special Assessment: $100.00

## Counts 5 & 6

A. The defendant possessed the amount of controlled substance alleged in the Indictment, that is 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

B. The defendant knew that the substance possessed was a controlled substance under the law at the time of the possession; and

C. The defendant did so with the intent to distribute the controlled substance.

Penalty

Imprisonment: at least 5 years and up to 40 years
Supervised Release: at least 4 years and up to Life
Fine: up to $5,000,000.00
Special Assessment: $100.00