



### Mikayluh Walker
4.8K followers • 10 following

  Message  Follow  Add friend



GOVERNMENT EXHIBIT 1

**Mikayluh Walker**
April 26 at 7:18 PM

‼️‼️‼️‼️🔔🔔🔔🔔🔔
#FREEDAMEMBERZ 🅜🔒🐰

> **Mikenzi Walker** is with **Mikayluh Walker**.
> April 26 at 10:08 AM
>
> ⚠️🔔 ME & Mikayluh Walker HAS COURT TO BE SENTENCED NEXT WEEK FOR ANYONE WHO WANTS TO COME SUPPORT 🔔⚠️ IF U PLAN TO ATTEND AND U CAN'T MAKE BOTH DATES PLZ MAKE SURE YOU GO TO MY SISTERS COURT DATE 💯🖤
>
> ⚠️ MAKE SURE U HAVE AN ID ⚠️
>
> 🔔 MIKENZI: MONDAY APRIL 28th @10 A.M - SPARTANBURG
>
> Donald S. Russell Courthouse
> 201 Magnolia Street
> Spartanburg, South Carolina 29306
>
> 🔔 MIKAYLUH : TUESDAY APRIL 29th @1:30 P.M - GREENVILLE
>
> Carroll A. Campbell, Jr. U.S. Courthouse
> 250 East North Street
> Greenville, South Carolina 29601

**Photos**  See all photos



201 Magnolia Street
Spartanburg, South Carolina 29306

🔔 MIKAYLUH : TUESDAY APRIL 29th @1:30 P.M - GREENVILLE

Carroll A. Campbell, Jr. U.S. Courthouse
250 East North Street
Greenville, South Carolina 29601

WE LOVE WHO LOVES US 🖤
#FREEDAMEMBERZ 🅜🐰🔒

⭕👍😊 16                                              2 💬

👍 Like        💬 Comment        ↪ Share

**Mikayluh Walker**
April 12 at 2:44 PM

‼️‼️‼️‼️‼️‼️‼️‼️‼️‼️

**Mikayluh Walker**
September 11, 2024



**Mikayluh Walker**
December 9, 2024

#FREEME



Mikayluh FB



Mikayluh FB



**Mikayluh Walker**
September 7, 2024

# I MUST BEEN DOING LAUNDRY IF U EVER SEEN ME FOLDING 💯#BIGCEO #FreeMe

 135                                                        57    10 

👍 Like              💬 Comment              ↪ Share

View more comments

 **Mimi Scott**
🖤🖤

33w   Like   Reply

 Comment as Jayme Shane                 




INFINITY LINKS.. 🙂🔗♻️

