

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

July 8, 2025


Mikayluh Walker, 24697-511
SFF Hazelton
PO Box 3000
Bruceton Mills, WV 26525

Re: 6:24cr555-DCC-2, copy request received July 7, 2025


Ms. Walker:

Enclosed is the U. S. District Court's Copy Policy explaining the charge for copies is $0.50 per page. Your plea agreement consists of seven pages, totaling **$3.50**. In order to obtain your sentencing transcript, you must directly contact the court reporter that covered your hearing. The court reporter's information listed below:

Michele Becker, USDC
250 E North Street, Greenville, SC 29601
Email:michele_becker@scd.uscourts.gov        (864) 905-8888



Please send a self-addressed, stamped envelope and payment made payable to United States District Court, 250 E. North Street, Greenville, SC 29601.
.
Sincerely,

Greenville Clerk's Office